**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1790**

MICHAEL E. KENNEDY,

            Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

            Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, Chief District
Judge.  (1:14-cv-00914-CCB)

Submitted:  December 18, 2014      Decided:  December 22, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Michael Edward Kennedy, Appellant Pro Se.  Neil R. White,
Assistant United States Attorney, Greenbelt, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael E. Kennedy appeals the district court's order granting the United States' motion to dismiss for lack of subject matter jurisdiction Kennedy's complaint alleging a claim pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 (2012). We have reviewed the record and find no reversible error. Accordingly, although we modify the dismissal order to reflect that the dismissal is without prejudice, see S. Walk at Broadlands Homeowner's Ass'n, Inc. v. OpenBand at Broadlands, LLC, 713 F.3d 175, 185 & n.4 (4th Cir. 2013), we affirm the dismissal as modified. See 28 U.S.C. § 2106 (2012); MM ex rel. DM v. Sch. Dist. of Greenville Cnty., 303 F.3d 523, 536 (4th Cir. 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED